1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Mauro Garcia

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | MAURO GARCIA,                         ) Case No.: CV 11-7440 RZ
                                          )
12 |         Plaintiff,                   ) ~~{PROPOSED}~~ ORDER AWARDING
                                          ) EQUAL ACCESS TO JUSTICE ACT
13 |    vs.                               ) ATTORNEY FEES AND EXPENSES
                                          ) PURSUANT TO 28 U.S.C. § 2412(d)
14 | MICHAEL J. ASTRUE,                   ) AND COSTS PURSUANT TO 28
     Commissioner of Social Security,     ) U.S.C. § 1920
15                                        )
             Defendant                    )
16                                        )
                                          )
17 |_____)

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20      IT IS ORDERED that fees and expenses in the amount of $2,400.00 as

21 authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by

22 28 U.S.C. § 1920, be awarded ~~subject to the terms of the Stipulation~~. to Plaintiff.

23 DATE:   August 24, 2012

24                                        _____
                                          THE HONORABLE RALPH ZAREFSKY
25                                        UNITED STATES MAGISTRATE JUDGE

26

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  /s/ 𝔏𝔞𝔴𝔯𝔢𝔫𝔠𝔢 𝔇. 𝔎𝔬𝔥𝔩𝔣𝔦𝔫𝔤
   _____
4  Lawrence D. Rohlfing
   Attorney for plaintiff Mauro Garcia

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26